142 P.3d 299

# SUPREME COURT OF HAWAI‘I

State v. Ribbel ................. 26525     08/22/2006  Accepted     111 Hawai‘i 317,
141 P.3d 490